IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01551-REB-MEH

JUANA ELODIA CALIXTO GONZALES,

    Plaintiffs,

v.

ROBERT CAVINESS,

    Defendant.

## MINUTE ORDER[1]

The matters before the court are: (1) defendant's **Unopposed Motion For Extension of Time To File Motion in Limine** [#27] filed July 22, 2008; (2) **Defendant's Motion in Limine To Limit Testimony of Plaintiff's Expert Witness, Dr. Ken Kulig** [#28] filed July 22, 2008; (3) defendant's **Unopposed Amended Motion For Extension of Time To File Motion in Limine** [#29] filed July 23, 2008; and (4) **Defendant's Amended Motion in Limine To Limit Testimony of Plaintiff's Expert Witness, Dr. Ken Kulig** [#30] filed July 23, 2008. After review of the motions and the file the court has concluded that some of these motions should be denied as moot, and some should be stricken.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That defendant's **Unopposed Motion For Extension of Time To File Motion in Limine** [#27] filed July 22, 2008, is **DENIED** as moot by the filing of defendant's **Unopposed Amended Motion For Extension of Time To File Motion in Limine** [#29] filed July 23, 2008;

    2. That the **Unopposed Amended Motion For Extension of Time To File Motion in Limine** [#29] filed July 23, 2008, remains pending. No Rule 702 motion should be filed without prior leave of court to file outside the previously imposed deadline for such motions;

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

3.  That **Defendant's Motion in Limine To Limit Testimony of Plaintiff's Expert Witness, Dr. Ken Kulig** [#28] filed July 22, 2008, is **DENIED** as moot by the filing of **Defendant's Amended Motion in Limine To Limit Testimony of Plaintiff's Expert Witness, Dr. Ken Kulig** [#30] filed July 23, 2008; and

4.  That **Defendant's Amended Motion in Limine To Limit Testimony of Plaintiff's Expert Witness, Dr. Ken Kulig** [#30] filed July 23, 2008, is **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1.

Dated:  July 23, 2008