# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  07-cv-01551-REB-MEH

JUANA ELODIA CALIXTO GONZALES,

    Plaintiffs,

v.

ROBERT CAVINESS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Settlement** [#51] filed August 18, 2009.  After careful review of the stipulation and the file, I conclude that the settlement should be approved and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Settlement** [#51] filed August 18, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for November 16, 2009, is **VACATED**;

3. That the jury trial set to commence November 30, 2009, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5.  That the parties shall comply fully with the terms and conditions set forth in the Settlement Agreement and Release.

Dated August 18, 2009, at Denver, Colorado.

                                    BY THE COURT:

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge