**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  07-cv-01551-REB-MEH

JUANA ELODIA CALIXTO GONZALES,

     Plaintiffs,

v.

ROBERT CAVINESS,

     Defendant.

**ORDER DISCHARGING
ORDER TO SHOW CAUSE**

**Blackburn, J.**

The matter is before me on the **Showing of Good Cause** [#62] filed August 24, 2009.  I find that the response is adequate.  Thus the **Order To Show Cause** [#50] entered August 11, 2009, should be discharged.

**THEREFORE, IT IS ORDERED** that the **Order To Show Cause** [#50] entered August 11, 2009, is **DISCHARGED**.

Dated August 24, 2009, at Denver, Colorado.

                                             BY THE COURT:

                                             */s/ Robert E. Blackburn*
                                             Robert E. Blackburn
                                             United States District Judge